EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section
CHRISTOPHER D. CROWELL (CBN 253103)
Assistant United States Attorney
   Federal Building, Suite 7516AA
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8341
   Facsimile: (213) 894-7819
   E-mail: chris.crowell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CLAUDE R. CAHEN,<br><br>　　　　　　Defendant. | No.  CV 17-1550<br>　[**CR 14-00178**]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR**<br>**(1) ORDER ISSUING WRIT OF CONTINUING GARNISHMENT TO GARNISHEE OPTIONS HOUSE, A DIVISION OF E\*TRADE FINANCIAL CORPORATION**<br>　　[28 U.S.C. § 3205(b)]<br>　　**AND**<br>**(2) CLERK'S NOTICE OF ENFORCEMENT**<br>　　[28 U.S.C. § 3202(b)] |

1    The United States of America applies, in accordance with 28 U.S.C. § 3205(b)(1),
2  for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment
3  on the criminal judgment entered in *United States v. Claude R. Cahen*, CR 14-00178,
4  imposing an order of restitution and a special assessment in the amount of $573,415.19
5  against the defendant-judgment debtor, Claude R. Cahen, Social Security Number XXX-
6  XX-4702, who is currently incarcerated at CI Taft, located at 1500 Cadet Road, Taft, CA
7  93268.  In connection with this request, the United States also seeks a Clerk's Notice
8  pursuant to 28 U.S.C. 28 U.S.C. § 3202(b), as prepared and submitted by the United
9  States as an attachment to this application.
10    As of February 24, 2017, Defendant's criminal debt balance is $573,315.19.
11    Demand for payment of the above-stated debt was made upon Defendant more
12  than thirty (30) days before the date of this application, and Defendant has not paid the
13  amount due.
14    Garnishee is believed to owe or will owe, money or property to Defendant, or is in
15  possession of property (such as nonexempt disposable earnings) of Defendant, and
16  Defendant has a substantial nonexempt interest in the property.
17    The names and addresses of Garnishee or the Garnishee's authorized agent is:
18        Options House, a division of E*Trade Financial Corporation
19        Attn: Compliance Department
20        10 South Riverside Plaza, Suite 500
21        Chicago, IL 60606
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1  DATED: February 24, 2017    Respectfully submitted,

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section

 /s/ Christopher D. Crowell
CHRISTOPHER D. CROWELL
Assistant United States Attorney